AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 4:19MJ00060 DDN | Date and time warrant executed: <br> 02/12/2019 4:00 am | Copy of warrant and inventory left with: <br> SA Greg Catey |
| Inventory made in the presence of: <br> Greg Catey |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Location data Cell Site information seized on 02-12-19 at 4:00am at 414 Washington Street Hannibal MO |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/28/2019

_____
*Executing officer's signature*

Nick Hiland  FBI  TFO
*Printed name and title*